IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JUSTIN ALLEN PLATT, | § | CASE NO. 11-12367-CAG-7 |
|    DEBTOR. | § | |
| | § | |
| | § | |
| WILL RHODES, | § | |
|    PLAINTIFF | § | |
| | § | |
| v. | § | ADV. NO. 11-01266 |
| | § | |
| JUSTIN ALLEN PLATT, | § | |
|    DEFENDANT. | § | |

### PLAINTIFF WILL RHODES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

TO THE HONORABLE CRAIG A. GARGOTTA:

COMES NOW Will Rhodes, Creditor in the above-styled bankruptcy and Plaintiff in the above-styled adversary proceeding, and hereby files this Motion for Leave to File Supplemental Exhibit in Support of Plaintiff's Response in Opposition to Defendant's Motion to Strike in the above-captioned case and would show the Court as follows:

1. Paragraph 2 and 3 of Defendant's Motion to Strike allege that Defendant is not being prosecuted by the Travis County Attorney's Office (" . . .there is "currently" no "prosecution" pending against Defendant."). Plaintiff's Response at paragraph 2 stated that a certified copy of the docket sheet showing the pending criminal case filed against Defendant by the Travis County Attorney's Office was attached thereto as Exhibit A. However, that document was inadvertently not attached to Plaintiff's Response. A copy of that document is attached hereto as Exhibit A.

2. A copy of Exhibit A attached hereto was attached as Exhibit 5 to Plaintiff's previously filed Exhibit List. Therefore, granting this Motion for Leave will not occasion any surprise or undue prejudice to Defendant. Accordingly, Plaintiff asks that the Court grant this Motion for Leave and allow Plaintiff to file Exhibit A as a supplemental Exhibit in support of his previously filed Motion in Opposition to Defendant's Motion to Strike.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Will Rhodes respectfully requests the Court deny Defendant's Motion to Strike.

Respectfully submitted,

SKELTON & WOODY
P.O. Box 1609
Austin, Texas 78767-1609
Telephone: (512) 651-7000
Facsimile: (512) 651-7001

By: /s/ Edward F. Kaye
Stephanie Clark
State Bar No. 24013071
sclark@skeltonwoody.com
J. Hampton Skelton
State Bar No. 18457700
hskelton@skeltonwoody.com
Edward F. Kaye
State Bar No. 24012942
ekaye@skeltonwoody.com

**ATTORNEYS FOR CREDITOR/PLAINTIFF WILL RHODES**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2012, the foregoing document was electronically served upon the Chapter 7 Trustee, Ron Satija, and upon other parties in interest who have previously filed notices of appearance herein through the Court's CM/ECF electronic noticing system, and on the same date, a true and correct copy of the foregoing Motion was served upon each of the following parties by depositing same in the United States mail, first class postage prepaid, and properly addressed as follows:

United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701-2450

Ron Satijja
P.O. Box 1443
Austin, Texas 78767-1443
*Chapter 7 Trustee*

Michael V. Baumer
7600 Burnet Road, Suite 530
Austin, Texas 78757
*Attorney for Debtor*

Travis County District Clerk
P. O. Box 679003
Austin, Texas 78767-9003

GE Capital/Care Credit
P. O. Box 981439
El Paso, Texas 79998-1439

GE Money Bank/Gap
P. O. Box 981439
El Paso, Texas 79998-1439

WFNNB-Trek
P. O. Box 659465
San Antonio, Texas 78265-9465

Justin Platt, *Pro Se*
2208 S. 5th Street, #203
Austin. TX 78704

/s/ Edward F. Kaye
Edward F. Kaye