

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

Dated: February 15, 2012

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| JUSTIN ALLEN PLATT, | § CASE NO. 11-12367-CAG-7 |
| DEBTOR. | § |
| | § |
| WILL RHODES, | § |
| PLAINTIFF | § |
| | § |
| v. | § ADV. NO. 11-01266 |
| | § |
| JUSTIN ALLEN PLATT, | § |
| DEFENDANT. | § |

**ORDER**

On this day, came on to be considered Plaintiff Will Rhodes' Motion for Leave to File Supplemental Exhibit in Support of Plaintiff's Response in Opposition to Defendant's Motion to Strike ("the Motion") in this case. Having considered the Motion, this Court is of the opinion that said Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Will Rhodes' Motion for Leave to Amend Complaint is GRANTED.

### # # #

*Prepared in the office of and submitted by:*
Edward F. Kaye
ekaye@skeltonwoody.com
SKELTON & WOODY
P. O. Box 1609
Austin, Texas 78767-1609
Telephone: (512) 651-7000
Facsimile: (512) 651-7001

