**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 26, 2012.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-12367-CAG |
| | § | |
| JUSTIN ALLEN PLATT, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

| | | |
|---|---|---|
| WILL RHODES | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADV. NO. 11-01266-CAG |
| v. | § | |
| | § | |
| JUSTIN ALLEN PLATT | § | |
| | § | |
| Defendant. | § | |

### JUDGMENT

On September 14, 2012, came on for trial the above styled and numbered adversary proceeding. Plaintiff Will Rhodes filed the proceeding against Defendant Justin Allen Platt, seeking a determination of nondischargeability for debts arising from a state law personal injury claim against Platt. Having considered the arguments and statements of counsel, the evidence

presented, and Plaintiff's post-hearing brief, the Court made findings of fact and conclusions of law, and issued a memorandum opinion holding that Platt willfully and maliciously injured Rhodes. In accordance with the Court's Memorandum Opinion, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Any debt arising from Platt's willful and malicious injury to Rhodes is nondischargeable under Section 523(a)(6) of the Bankruptcy Code.

2. Each party is to bear its own costs.

# # #